JAMES D. PETRUZZI
THE PETRUZZI LAW FIRM
Bar No. 115175
4900 Woodway, Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100
Jim@Petruzzi.com

Attorneys for Plaintiff Best
Lighting Products, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST LIGHTING PRODUCTS, INC.<br><br>        Plaintiff,<br><br>    v.<br><br>AH LIGHTING, INC.<br>    a corporation;<br>AH LAMPS ONE, INC<br>    a corporation;<br>AH 26 LLC<br>    a corporation;<br>KAMRAN NEYDAVOUD<br>    an individual; and<br>DOES 1 through 10<br>        Defendants | **PLAINTIFF BEST LIGHTING PRODUCTS' COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

**ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT PAGE 1 OF 13**

# COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Best Lighting Products, Inc. ("Best Lighting"), for its Complaint against Defendants AH Lighting, AH Lamps One, Inc., AH26 LLC, and Kamran Neydavoud, alleges as follows:

## THE PARTIES

1. Plaintiff Best Lighting is a Delaware corporation with its principal place of business at 1213 Etna Parkway Pataskala, OH 43062.

2. On information and belief, Defendant AH Lighting is a California corporation that has a principal place of business at 2442 and 2444 Hunter Street, Los Angeles, CA 90021-2504.

3. On information and belief, Defendant AH Lamps One, Inc. is a California corporation that has a principal place of business at 2442 Hunter Street, Los Angeles, CA 90021-2504.

4. On information and belief, Defendant AH 26 LLC is a California corporation that has a principal place of business at 2442 Hunter Street, Los Angeles, CA 90021-2504.

5. On information and belief, Kamran Neydavoud is a California resident and individual residing at 430 S. Wetherly Drive, Beverly Hills, CA 90211 and 8010 West 4th Street, Los Angeles, CA 90048 and is the registered agent for service of process for AH Lamps One, Inc. and AH 26 LLC and Mr. Neydavoud has a

principal place of business at 2442 and 2444 Hunter Street, Los Angeles, CA 90021-2504.  Plaintiff is informed and believes that Mr. Neydavoud is the principal and agent for Defendant AH Lighting, Inc.

6. On information and belief, AH Lighting, AH Lamps One, Inc. and AH 26 LLC are controlled by Mr. Neydavoud and are operated as one entity without regard to corporate formalities and are the alter ego of one another (collectively all Defendants are referred to herein as "AH Lighting").  On information and belief, the Defendants operate as a joint enterprise.

7. The true names and capacities of Defendants DOES 1 through 10, inclusive, whether individual, corporate, associate, or otherwise, are presently unknown to Plaintiff, which therefor sues said DOE Defendants by their respective fictitious names.  Plaintiff will seek leave of this court to amend this complaint to reflect the true names and capacities of such DOE Defendants when their respective names and capacities have been ascertained.

8. Plaintiff alleges, upon information and belief, that each of the Defendants named in this complaint was, at all times referred to in this complaint, the agent, servant, employee, representative, or officer of the remaining Defendants and, in engaging in the conduct alleged in this complaint, was acting within the scope, course, purpose, and authority of such agency, employment and/or position, or alternatively, in the apparent scope of its authority, agency, employment and/or

position, and with the direction, permission, and/or consent of the remaining Defendants.

9. On information and belief, Defendants have substantial contacts and transacts substantial business, on an ongoing basis in this judicial district and elsewhere the United States.

## NATURE OF THE ACTION

10. This is an action for patent infringement in which Plaintiff seeks compensatory damages, a reasonable royalty and declaratory and injunctive relief.

11. AH Lighting and Neydavoud, individually, have infringed and continue to infringe U.S. Patent No. 6,309,085 (the '085 Patent), a copy of which is provided as Exhibit "A"; U.S. Patent No. 6,606,808, (the '808 Patent), a copy of which is provided as Exhibit "B"; and U.S. Design Patent No. D440,336, a copy of which is provided as Exhibit "C", hereinafter collectively referred to as, the "Asserted Patents", which are directed to exit signs and lamp supports.

## JURISDICTION AND VENUE

12. This action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, including 35 U.S.C. § 271. This court has original subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

13. This court has personal jurisdiction over Defendants because Defendants

have substantial contacts, conducts business and have infringed the Asserted Patents, in the State of California and in the Central District of California.

14.   Venue is proper in the Central District of California under 28 U.S.C. §§ 1391(b) and (c) and 1400(b) because, as alleged in this Complaint, Defendants have committed acts of infringement and has a principal place of business in this District.

## FACTUAL ALLEGATIONS

15.   Best Lighting is, and at all times relevant hereto has been, a manufacturer and developer of lighting products and sells those products in interstate commerce throughout the United States.

16.   Best Lighting currently holds multiple United States Letters Patents for innovations in lighting systems and designs.

17.   AH Lighting is in the business of marketing and selling lighting systems throughout the United States.  AH Lighting is controlled by and directed by Defendant Neydavoud who was directly involved in the infringing activities of AH Lighting with full knowledge of the patents.  Mr. Neydavoud is the key individual in decisions pertaining to the manufacture and sale of the accused products and knew that by selling and making a device of the style alleged herein that Defendants would be infringing the Asserted Patents and that their customers would be infringing the Asserted Patents.  Mr. Neydavoud's knowledge of the

Asserted Patents and use of the inventive features demonstrates his intent to infringe the Asserted Patents and to induce others to infringe. Defendants' actions contributed to the infringing activities alleged herein.

18. AH Lighting sells its products in competition with Best Lighting and has earned revenues in the United States for the sales of those products, including three models of lights namely first and second models named "Combo Emergency & Exit Lights", labeled items "CR" or "CG" with Red or Green coloring, and described in a specification sheet attached as Exhibit "D" and a third model named "Emergency Lights", labeled item "EL" and described in a specification sheet attached as Exhibit "E."

19. Best Lighting is the owner by assignment of United States Patent No. 6,309,085, issued October 30, 2001, entitled "Lamp Support for Emergency Light Fixture"(the '085 Patent), that was duly and legally issued by the United States Patent and Trademark Office. Best Lighting has full rights to pursue damages for infringement of the '085 Patent.

20. Best Lighting is the owner by assignment of United States Patent No. 6,606,808, issued August 19, 2003, entitled "Exit Sign with Rotatable Lighting Heads" (the '808 Patent), that was duly and legally issued by the United States Patent and Trademark Office. Best Lighting has full rights to pursue damages for infringement of the '808 Patent.

21. Best Lighting is the owner by assignment of, United States Patent No. D440,336, issued April 10, 2001entitled "Lamp Support for Emergency Light Fixture" (the '336 Patent), that was duly and legally issued by the United States Patent and Trademark Office. Best Lighting has full rights to pursue damages for infringement of the '336 Patent.

## COUNT I–PATENT INFRINGEMENT ('085 PATENT)

22. Best Lighting repeats and re-alleges each of the allegations contained in the paragraphs above.

23. Each claim of the '085 Patent is valid and enforceable.

24. AH Lighting has willfully and knowingly made, used, sold and/or offered for sale devices embodying the patented invention that constitute infringement of the '085 Patent and will continue to do so, by using, offering for sale and selling products claimed by the '085 Patent. Defendant Neydavoud is personally liable for directing the activities that result in infringement, and inducing infringement under Title 35 United States Code, Sections 271(b).

25. AH Lighting sells at least three models of lights which infringe the '085 Patent, namely first and second models named "Combo Emergency & Exit Lights", labeled items "CR" or "CG" with Red or Green coloring, and described in a specification sheet attached as Exhibit "D" and a third model named "Emergency Lights", labeled item "EL" and described in a specification sheet attached as

Exhibit "E"

26.   The '085 Patent claims, such as in claim 10 for example, a lamp support for an emergency light fixture comprising a housing for supporting a light source, as well as a mounting structure rotatably connected to the housing to permit rotation of the housing about an axis determined by the mounting structure.

27.   Each of the three models, EL, CR and CG, includes fully adjustable lighting heads, each of which constitute a housing supporting a light source.  The models also have a mounting structure permitting rotation of each housing.

## COUNT II–PATENT INFRINGEMENT ('808 PATENT)

28.   Best Lighting repeats and re-alleges each of the allegations contained in the paragraphs above.

29.   Each claim of the '808 Patent is valid and enforceable.

30.   AH Lighting has willfully and knowingly made, used, sold and/or offered for sale devices embodying the patented invention that constitute infringement of the '808 Patent and will continue to do so, by using, offering for sale and selling products claimed by the '808 Patent.  Defendant Neydavoud is personally liable for directing the activities that result in infringement, and inducing infringement under Title 35 United States Code, Sections 271(b).

31.   AH Lighting sells at least two models of lights which infringe the '808 Patent, namely a first and second models named "Combo Emergency & Exit

ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT PAGE 8 OF 13

Lights", labeled items "CR" or "CG" with Red or Green coloring, and described in a specification sheet attached as Exhibit "D".

32. The '808 Patent claims, such as in claim 1 for example, an exit sign comprising: a housing having a front face and a rear face with a peripheral edge therebetween, said housing being adapted to receive a lighting system including an illumination source and a power source; symbols located on said front face adapted to be illuminated by the lighting system; a support assembly mounted to said peripheral edge, said support assembly including a support arm defining a first axis; a freely rotatable lighting head supported by said support arm for movement to any one of a plurality of selectable, discreet positions through an angle greater than 180 degrees about the first axis; and means for enabling sliding adjustment of said lighting head relative to said support arm.

33. Each of the two models, CR and CG, constitutes an exit sign as can be seen in the picture shown in the upper right of exhibit "D". Each model has an internal battery for powering LED lights and also has symbols, i.e. letters, spelling EXIT. Support arms are provided to support two fully adjustable lighting heads, which may rotate more than 180 degrees through discreet positions. The lighting heads are slidable.

**COUNT III–PATENT INFRINGEMENT ('336 PATENT)**

34. Best Lighting repeats and re-alleges each of the allegations contained in the

paragraphs above.

35. Each claim of the '336 Patent is valid and enforceable.

36. AH Lighting has willfully and knowingly made, used, sold and/or offered for sale devices embodying the patented invention that constitute infringement of the '336 Patent and will continue to do so, by using, offering for sale and selling products claimed by the '336 Patent. Defendant Neydavoud is personally liable for directing the activities that result in infringement, and inducing infringement under Title 35 United States Code, Sections 271(b).

37. AH Lighting sells at least two models of lights which infringe the '336 Patent, namely a first and second models named "Combo Emergency & Exit Lights", labeled items "CR" or "CG" with Red or Green coloring, and described in a specification sheet attached as Exhibit "D".

38. The '336 Patent is a design patent and protects the design shown in the Figures. See, for example, Figure 1 reproduced below:



39.

40. Each of the two models, CR and CG, constitutes an exit sign as can be seen in the picture shown in the upper right of exhibit "D". A picture of the CG model, which incorporates the ornamental features claimed in the '336 Patent, is reproduced below:

41.

42. Plaintiff seeks damages for Defendants' infringement in an amount no less than a reasonable royalty and for all profits obtained by Defendants as a result of the sales of infringing product.

**PRAYER FOR RELIEF**

WHEREFORE, Best Lighting prays for relief as follows:

1. A judgment that each of Best Lighting's Asserted Patents is valid and enforceable;

ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT PAGE 11 OF 13

2.	A judgment that AH Lighting has infringed one or more claims of each of Best Lighting's Asserted Patents;

3.	An order and judgment preliminarily and permanently enjoining AH Lighting and its officers, directors, agents, employees, affiliates, attorneys, and all others acting in privity or concert with them, their parents, subsidiaries, divisions, successors and assigns from further acts of infringement of Best Lighting's Asserted Patents;

4.	A judgment awarding Best Lighting all damages for AH Lighting's infringement of Best Lighting's Asserted Patents, and in no event less than a reasonable royalty for AH Lighting's acts of infringement;

5.	A judgment awarding Best Lighting all of AH lighting's profits for AH Lighting's infringement of Best Lighting's Asserted Patents;

6.	A judgment awarding Best Lighting that this is a willful and exceptional case and an award of treble damages, costs and attorney's fees for AH Lighting's infringement of Best Lighting's Asserted Patents;

7.	A judgment that Defendant Neydavoud is jointly and personally liable for all damages assessed in this matter for patent infringement; and

8.	Other relief that the court determines is just and all pre-judgment and post judgment interest at the maximum rate permitted by law.

## DEMAND FOR JURY TRIAL

Best Lighting hereby demands a trial by Jury on all issues raised by the complaint.

Dated: August 23, 2016

THE PETRUZZI LAW FIRM

s/ James D. Petruzzi
James D. Petruzzi

THE PETRUZZI LAW FIRM
Cal. Bar No. 115175
4900 Woodway, Suite 745
Houston, Texas 77056
Tel: (713) 840-9993
Fax: (713) 877-9100
Jim@Petruzzi.com

*Of Counsel*
Everett G. Diederiks, Jr.
Nicholas N. Whitelaw
Diederiks & Whitelaw, PLC
13885 Hedgewood Dr., Suite 317
Woodbridge, VA 22193-7932
Tel: 703 583-8300
Fax: 703 583-8301

Attorneys for Plaintiff
Best Lighting Products, Inc.