

# COMBO EMERGENCY & EXIT LIGHTS
# SPECIFICATION SHEET

**ITEM #:**

# CR/CG

**DESICRIPTION:**
Combination Emergency Exit Light: combines an LED exit light and emergency lighting unit with 360 rotating heads plus NLPCLI easy connect feature, all in a compact, modern design.

**HOUSING:**
• Injection-molded, V-O flame retardant, high-impact, thermoplastic housing
• Compact, low profile design in a white housing

**ILLUMINATION:**
• Energy efficient red or green LED.
• LED lamp life of 25 years plus.
• Energy consumption of less than 4 watts for red letters and less than 2 watts for green letters.
• Two fully adjustable 5.4watt, glare-free lighting heads.
• High performance smooth thermoplastic reflector and polycarbonate lens for optimal light distribution and resistance to discoloration from natural or artificial light sources.
• Snap in directional arrows.

**BATTERY:**
• 6-volt, sealed lead acid, maintenance-free, rechargable.

**CHARGING CIRCUITRY:**
• Internal solid-state transfer switch automatically connects the internal battery to the two lamp heads, illuminating them for a minimum of 90-minute emergency operation.
• Recharging the battery is initiated by a fully automatic solid-state two-rate charger, which includes current limiting and temperature compensation to assure that optimum recharging rate, for even a fully discharged battery, will be accomplished in 12 hours.



**ELECTRICAL:**
• Universal transformer for 120 or 277V. Charge rate/power on LED indicator light. Periodic testing for three minutes, every thirty days is recommended to comply with fire codes.
• Charge rate/power on LED indicator light. Periodic testing for three minutes, every thirty days is recommended to comply with fire coeds, LVD (low voltage disconnect) feature activates to prevent battery from deep discharge, but no before the minimum 90-minute emergency operation.
• UL and ETL Damp location listed.

| Project: | |
|---|---|
| Contact: | |
| Location: | |
| Fixture Type: | |

| Quantity | Notes |
|---|---|
| | |

P.O. Box 21406 Los Angeles, CA 90021
Tel: 800-422-6000  ♦  Fax: 800-777-0365  ♦  International Tel: 213-624-0202  ♦  International Fax: 213-624-7150
info@ahlighting.com  ♦  www.ahlighting.com