

# EMERGENCY LIGHTS SPECIFICATION SHEET

**ITEM #:**

## EL



### DESICRIPTION:
Twin Head Emergency Light
Equipped with easy connect back plate and 180 degree rotating heads, makes it a snap to put this dual voltage unit anywhere.

### HOUSING:
• Injection-molded, V-O flame retardant, high-impact, thermoplastic housing
• Compact, low profile design in a white of black housing

### ILLUMINATION:
• Two fully adjustable 5.4 watt, glare free lighting heads
• High performance smooth thermoplastic reflector and polycarbonate lens for optimal light distribution and resistance to discoloration from natural or artificial light sources.



### BATTERY:
• 6-volt, sealed lead acid, maintenance-free, rechargable.

### CHARGING CIRCUITRY:
• Internal solid-state transfer switch automatically connects the internal battery to the two lamp heads, illuminating them for a minimum of 90-minute emergency operation.
• Recharging the battery is initiated by a fully automatic solid-state two-rate charger, which includes current limiting and temperature compensation to assure that optimum recharging rate, for even a fully discharged battery, will be accomplished in 12 hours.

### MOUNTING:
• Universal transformer for 120 or 277V. Charge rate/power on LED indicator light. Periodic testing for three minutes, every thirty days is recommended to comply with fire codes.
• LVD (low voltage disconnect) feature activates to prevent battery from deep discharge, but not before the minimum 90-minute emergency operation.
UL and ETL Damp location listed.



| Project: | | Quantity | Notes |
|---|---|---|---|
| Contact: | | | |
| Location: | | | |
| Fixture Type: | | | |