JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST LIGHTING PRODUCTS, INC., | Case No.: 2:16-cv-06340-BRO-SK |
| PLAINTIFF | FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS |
| vs. | |
| AH LIGHTING, et al., | |
| DEFENDANT(S). | |

FINAL JUDGMENT
AND PERMANENT INJUNCTION AGAINST DEFENDANTS

The court, having made the following findings of fact and conclusions of law pursuant to the parties' stipulations:

A.  Plaintiff Best Lighting Products, Inc. ("Best Lighting" or "Plaintiff") filed suit against Defendants AH Lighting, AH Lamps One, Inc., AH26 LLC, and Kamran Neydavoud ("Defendants") alleging that Defendants violated Best Lighting's rights under Title 35 United States Code, Sections 271(b) ("Action");

B.   The Parties entered into a confidential settlement agreement with an effective date of October 15, 2016 ("Settlement Agreement"), which required entry of the stipulated judgment set forth herein;

And good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.   That judgment be entered in favor of Best Lighting against Defendants on all claims.

2.   For the purpose of binding preclusive effect on Defendants as to future disputes between Best Lighting and Defendants, and only for such purposes, Defendants admit the following:

   a. Best Lighting is now, and has been at all times since the dates of issuance, the owner of U.S. Patent No. 6,309,085; U.S. Patent No. 6,606,808; U.S. Design Patent No. D440,336 ("Best Lighting Patents") and of all rights thereto and thereunder.

   b. The Patents are valid and enforceable.

   c. Best Lighting is the owner by assignment of the Best Lighting Patents in the United States. Best Lighting owns all right, title and interest and the rights to sue for and obtain injunctive and monetary relief for past and future infringement of the Best Lighting Patents.

   d. Defendants, by the actions described in the complaint, have infringed upon the Best Lighting Patents.

3.   Defendants, and those acting on Defendants' behalf (including its owners, shareholders, principals, officers, agents, servants, employees, independent contractors, and

partners), are permanently enjoined from producing, manufacturing, distributing, selling, offer for sale, advertising, promoting, licensing, or marketing (a) any products that infringe on the Best Lighting Patents, including, but not limited to, "Combo Emergency & Exit Lights", labeled items "CR" or "CG," and the "Emergency Lights", labeled item "EL" referred to in the Complaint in this action (collectively, the "Injunction").

4.  Defendants are bound by the Injunction regardless of whether Best Lighting assigns or licenses its intellectual property rights to another for so long as the Best Lighting Patents are subsisting, valid, and enforceable.  The Injunction inures to the benefit of Best Lighting's successors, assignees, and licensees.

5.  This Court (or if this Court in unavailable, any court within the Central District of California) shall retain jurisdiction over all disputes between and among the Parties arising out of the Settlement Agreement and Injunction, the Stipulation which includes the Injunction, and this final judgment, including but not limited to interpretation and enforcement of the terms of the Settlement Agreement.

6.  The Parties waive any rights to appeal this stipulated judgment, including without limitation the Injunction.

IT IS ORDERED.

Dated: November 16, 2016

_____
Beverly Reid O'Connell
United States District Court Judge